UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TERASITA REGANIT, | No. 2:09-cv-01120-MCE-KJM |
| Plaintiff, | |
| v. | ORDER |
| KAY-CO. INVESTMENTS, INC., et al., | |
| Defendants. | |

Per its Order electronically filed on April 24, 2009, the Court denied Plaintiff's Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application"). Plaintiff, through that Application, sought to enjoin foreclosure of certain real property scheduled to occur that same day.

///
///
///
///

1

The Court is now in receipt of Plaintiff's Status Report, filed April 12, 2009, by which Plaintiff informed the Court that the foreclosure sale is rescheduled to occur on approximately May 26, 2009. However, no other new facts having been brought to the Court's attention. Accordingly, Plaintiff's Motion for Preliminary Injunction, which is scheduled for hearing on May 21, 2009, is now denied for the reasons already stated in the Court's previous Order.

IT IS SO ORDERED.

Dated: May 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE