E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Roland P. Reynolds, SBN 150864
rreynolds@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant GMAC Mortgage, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA REGANIT,<br><br>        Plaintiff,<br><br>  vs.<br><br>KAY-CO INVESTMENTS, INC. DBA PRO30 FUNDING; SUCCESS ONE FINANCIAL; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GMAC MORTGAGE; CENTRAL MORTGAGE COMPANY; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 2;09-cv-01120-MCE-KJM<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: April 28, 2009<br>Current response date: June 17, 2009<br>New response date: July 1, 2009 |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for defendant GMAC Mortgage, LLC to respond to the Complaint, or move to dismiss the Plaintiff's claims, is extended through and including July 1, 2009.

DATED: June 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com