RONALD V. UY, SBN 177157
LAW OFFICE OF RONALD V. UY
1212 Broadway, Suite 820
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (510) 835-3731

Attorney for Plaintiff
TERESITA REGANIT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA REGANIT, | Case No. 2:09-CV-01120-MCE-KJM |
| Plaintiff | **REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANT GMAC MORTGAGE, LLC AND ORDER THEREON** |
| vs. | |
| KAY-CO INVESTMENTS INC., DBA PRO30 FUNDING; SUCCESS ONE FINANCIAL; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; GMAC ; MORTGAGE; CENTRAL MORTGAGE COMPANY; and DOES 1-100, inclusive, | |
| Defendants | |

Plaintiff, TERESITA REGANIT, through their counsel of record and defendant, GMAC Mortgage, LLC, through its attorney of record, do hereby request that all causes of action in the above action against Defendant GMAC Mortgage, LLC be hereby dismissed without prejudice with each party bearing their respective attorneys fees and costs and that the Court issue an order accordingly.

Marriage of Byrdsong & Pierson, No. FDI-03-752906        DECLARATION OF RESPONDENT

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 26, 2009     _____/s/_____
               RONALD V. UY, Attorney for Plaintiff
               TERESITA REGANIT

Dated: June 26, 2009     _____/s/_____
               E. SCOTT PALMER, Attorney for Defendant
               GMAC Mortgage, LLC

  F**OR GOOD CAUSE APPEARING**, the Complaint and all causes of action there, as to defendant GMAC Mortgage, LLC is hereby dismissed without prejudice, with all parties bearing the respective attorneys fees and costs.

  IT IS SO ORDERED.

DATED: July 6, 2009

             _____
             MORRISON C. ENGLAND, JR
             UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com